UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                **JS-6**

| Case No. | **CV 24-9366-AH(MARx)** | Date | APRIL 8, 2025 |
|---|---|---|---|

| Title | Igor Sarnov v. David M Radel et al |
|---|---|

Present: The Honorable        ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

None Present        None Present

**Proceedings:**        ___**In Court**        __X__ **In Chambers**        __X__   **Counsel Notified**

The case is ordered closed pursuant to the Notice of dismissal filed on April 4, 2025 [36].

All pending hearings and motions are now taken off calendar and vacated.


Please ENTER JS-6.


IT IS SO ORDERED.

cc: all parties


CV-90 (12/02)    **CIVIL MINUTES - GENERAL**                Initials of Deputy Clerk YS